IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE ORCHARD ENTERPRISES, INC., a Delaware Corporation,<br><br>Plaintiff,<br><br>v.<br><br>TUFAMERICA, INC., a New York Corporation,<br><br>Defendant. | 2:08-cv-00553-GEB-EFB<br><br>AMENDMENTS TO SCHEDULING ORDER |

On October 7, 2008, the parties filed the following proposed changes to the May 30, 2008 Scheduling Order: the date for initial expert disclosures is continued to January 12, 2008 (presumably the parties' mean January 12, 2009), and authorized rebuttal expert disclosures to February 9, 2008 (presumably the parties' mean February 9, 2009).

The parties' request can be accommodated if additional modifications are made to the Scheduling Order.  Therefore, the Scheduling Order is modified as follows:[1]

---

[1] Accommodating the parties' requested modification reduces the amount of time between the trial commencement date and the final pretrial conference.  Because of this reduction, it is unlikely that a
(continued...)

1

1             (1)  each party shall comply with Federal Rule of Civil
2  Procedure 26 (a) (2)'s initial expert witness disclosure requirements
3  on or before January 12, 2009, and with any rebuttal expert disclosure
4  authorized under the Rule on or before February 9, 2009;
5             (2)  all discovery shall be completed by May 15, 2009;
6             (3)  the last hearing date for motions shall be July 13,
7  2009, 9:00 a.m.;
8             (4)  the final pretrial conference shall commence at
9  3:30 p.m. on September 21, 2009.
10 Dated:  October 10, 2008

12                              _____
                                GARLAND E. BURRELL, JR.
13                              United States District Judge

---

[1](...continued)
settlement conference supervised by a federal judge will be scheduled in
this action.

2