William R. Overend (SBN 180209)
Email: woverend@reedsmith.com
REED SMITH LLP
Two Embarcadero Center, Suite 2000
San Francisco, CA 94111-3922

**Mailing Address:**
P.O. Box 7936
San Francisco, CA 94120-7936

Telephone:   +1 415 543 8700
Facsimile:   +1 415 391 8269

Emily B. Kirsch (admitted *pro hac vice*)
Email: ekirsch@reedsmith.com
REED SMITH LLP
599 Lexington Avenue
New York, New York 10022

Telephone:   +1 212 521 5400
Facsimile:   +1 212 521 5450

Attorneys for Plaintiff
The Orchard Enterprises, Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| THE ORCHARD ENTERPRISES, INC., a Delaware corporation,<br><br>                    Plaintiff,<br><br>     vs.<br><br>TUFAMERICA, INC., a New York corporation,<br><br>                    Defendant.<br><br>AND RELATED COUNTERCLAIMS. | Case No.: 2:08-CV-00553-GEB-EFB<br><br>**STIPULATION AND [PROPOSED] ORDER PERMITTING WITHDRAWAL OF PARTIES FROM VOLUNTARY DISPUTE RESOLUTION PROGRAM** |

Pursuant to Local Rule 8-143, Plaintiff The Orchard Enterprises, Inc. ("The Orchard") and Defendant TufAmerica, Inc. ("TufAmerica") hereby stipulate to withdraw from the Court's Voluntary Resolution Dispute Program ("VDRP"), for the reasons set forth below.

1. In its May 30, 2008 Status (Pretrial Scheduling) Order, the Court, based on the consent of the parties, referred this matter to VDRP. The matter was subsequently referred to Mark L. Hardy, Esq., of Greenfield-Hardy, as mediator, and was scheduled for mediation on September 10, 2008. On or about August 28, 2008, the parties requested a thirty-day extension of the mediation date with Mr. Hardy, because they were in the process of scheduling a private settlement meeting around that same time. Mr. Hardy granted the extension.

2. On September 11, 2008, the parties conducted a settlement meeting in New York. Party representatives and counsel for both parties attended the meeting. Unfortunately, however, the settlement talks were unsuccessful, and the parties do not presently consider further talks to be a productive use of their time and money. The parties have communicated their desire to withdraw from VDRP to Mr. Hardy.

Accordingly, the parties hereby request that they be permitted to withdraw from VDRP, and that any pending deadlines related to VDRP be suspended.

DATED: October 31, 2008.

          REED SMITH LLP

          By  /s/ William R. Overend
              William R. Overend
              Attorneys for The Orchard Enterprises, Inc.

DATED: October 31, 2008.

ERIK S. SYVERSON

By   /s/ Erik S. Syverson
Erik S. Syverson
Attorneys for TufAmerica, Inc.

IT IS SO ORDERED.

DATED: 11/6/08

_____
The Honorable Garland E. Burrell, Jr.
United States District Judge