William R. Overend (SBN 180209)
Email: woverend@reedsmith.com
REED SMITH LLP
Two Embarcadero Center, Suite 2000
San Francisco, CA 94111-3922

**Mailing Address:**
P.O. Box 7936
San Francisco, CA 94120-7936

Telephone:   +1 415 543 8700
Facsimile:   +1 415 391 8269

Emily B. Kirsch (admitted *pro hac vice*)
Email: ekirsch@reedsmith.com
REED SMITH LLP
599 Lexington Avenue
New York, New York 10022

Telephone:   +1 212 521 5400
Facsimile:   +1 212 521 5450

Attorneys for Plaintiff
The Orchard Enterprises, Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| THE ORCHARD ENTERPRISES, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>TUFAMERICA, INC., a New York corporation,<br><br>Defendant.<br><br>AND RELATED COUNTERCLAIMS. | Case No.: 2:08-CV-00553-GEB-EFB<br><br>**NOTICE OF MOTION AND MOTION TO COMPEL PRODUCTION OF DOCUMENTS**<br><br>Date: December 17, 2008<br>Time: 10:00 a.m.<br>Place: Courtroom 25<br><br>Magistrate Judge Edmund F. Brennan |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on December 17, 2008, at 10:00 a.m., or as soon thereafter as counsel may be heard, in Courtroom No. 25 of the above-referenced Court, the Honorable Edmund F. Brennan presiding, located at 501 I Street, Sacramento, California, Plaintiff The Orchard Enterprises, Inc. ("The Orchard") will and hereby does move the Court, pursuant to Civil Local Rule 37-251, to compel Defendant TufAmerica, Inc. ("TufAmerica") to produce documents in response to The Orchard's First Set of Requests for Production of Documents ("First RFP"). In addition, The Orchard will and hereby does move this Court for an Order awarding sanctions against TufAmerica, in an amount adequate to compensate The Orchard for its attorneys' fees and costs incurred in bringing this Motion and/or such other amounts as this Court considers just.

This Motion is made pursuant to Federal Civil Rule of Procedure 26 and 34 and this Court's Civil Local Rules 11-110 and 37-251. Because there was a complete and total failure by TufAmerica to respond to The Orchard's First RFP, the requirement of a Joint Statement re Discovery Disagreement does not apply to this Motion, and The Orchard may bring the Motion on fourteen (14) days notice by personal service or seventeen (17) days notice by mail or electronic means. *See* Civ. L.R. 37-251(e).

This Motion is based on the grounds that TufAmerica has refused to produce *any* documents (or any responses or objections) in response to The Orchard's First RFP, without valid justification or excuse, and that good cause exists for compelling production of the requested documents. The Orchard served the First RFP on May 20, 2008, with TufAmerica's responses due, by extension, on July 3, 2008. The Orchard's First RFP contained forty-two (42) Requests, directed to topics of plain relevance to this action. Despite repeated requests by The Orchard, TufAmerica has refused to provide any response to the First RFP. Most recently, on November 19, 2008, The Orchard demanded a meet and confer on either November 21 or 24 regarding TufAmerica's total failure to respond, but TufAmerica has likewise failed to provide any response whatsoever to this demand. Accordingly, The Orchard has no choice but to file this Motion, seeking an Order compelling the requested documents as well as sanctions for TufAmerica's violations of the Federal Rules and this

1  Court's Local Rules.

2      This Motion is based on this Notice of Motion and Motion, the Declaration of Emily B.
3  Kirsch, the pleadings, records and files in this action, and any other documents or information which
4  may be presented at the hearing on this Motion.

6  DATED: December 2, 2008.

        REED SMITH LLP

        By   /s/ William R. Overend
           William R. Overend
           Attorneys for Plaintiff
           The Orchard Enterprises, Inc.