PICK & BOYDSTON, LLP
Erik S. Syverson, Esq. (State Bar No. 221933)
eriksyverson@gmail.com
1000 Wilshire Blvd., Suite 600
Los Angeles, California 90017
Tel: (213) 624-1996
Fax: (213)624-9073

Attorneys for Defendant and Counterclaimant
TUFAMERICA, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE ORCHARD ENTERPRISES, INC., a Delaware corporation,<br><br>        Plaintiff,<br><br>    v.<br><br>TUFAMERICA, INC., a New York corporation,<br><br>        Defendant.<br>_____<br>AND ALL RELATED COUNTERCLAIMS<br>_____ | Case No.: 2:08-CV-00553-GEB-EFB<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING DEADLINE FOR REBUTTAL EXPERT DISCLOSURE** |

///

1

stip.3-2-09                                      **STIPULATION AND [PROPOSED] ORDER CONTINUING DEADLINE FOR REBUTTAL EXPERT DISCLOSURE**

Pursuant to Local Rule 6-144, Plaintiff The Orchard Enterprises, Inc. ("The Orchard") and Defendant TufAmerica, Inc. ("Tufamerica") hereby stipulate to continue the deadline set in this Court's January 6, 2009 Order for rebuttal expert witness disclosure. In compliance with the Court's initial May 30, 2008 Status (Pretrial Scheduling) Order ("Initial Scheduling Order"), the parties submit that good cause exists for the requested continuance as set forth below.

1. The parties have been working cooperatively to meet discovery goals and needs. To this end, both parties have engaged in professional courtesy to accommodate each other's deadlines and/or scheduling conflicts due to the holidays, illness and vacations, etc. To this end, the parties have been working on providing each other with discovery responses and materials throughout the month of February, 2009;

2. Previously, Tufamerica agreed to extend the initial expert witness disclosure deadline to accommodate the needs of The Orchard and the two week illness of the attorney who had been working on The Orchard's expert witness report. The Court granted this Stipulation and signed the Proposed Order setting The Orchard's expert witness designation date at February 2, 2009;

3. Since learning of The Orchard's expert witness designation, Tufamerica diligently retained a rebuttal expert by the name of Mr. Brian Bacchus. Tufamerica has been diligently preparing its rebuttal expert report and designation, however, Mr. Bacchus has been slowed by influenza this past week. To this end, Tufamerica requires only a brief continuance of 7 calendar days for its rebuttal expert witness disclosure and report;

4. The requested continuance will not affect the trial date, pretrial conference date or any other deadlines set forth in the Court's Initial Scheduling Order or Amended Scheduling Order, other than the requested extension of the rebuttal expert disclosure deadline.

///

2

stip.3-2-09                                     **STIPULATION AND [PROPOSED] ORDER CONTINUING
                                                DEADLINE FOR REBUTTAL EXPERT DISCLOSURE**

Accordingly, the parties hereby stipulate to the following deadline and respectfully request that it be adopted by the Court:

Last day to serve rebuttal expert disclosures in compliance with Federal Rule of Civil Procedure 26(a) (2): **March 9, 2009**.

DATED: March 2, 2009.

        REED SMITH, LLP

        By /s/ William R. Overend
        William R. Overend
        Attorneys for The Orchard Enterprises, Inc.

DATED: March 2, 2009.

        PICK & BOYDSTON, LLP

        By /s/ Erik S. Syverson
        Erik S. Syverson
        Attorneys for Tufamerica, Inc.

IT IS SO ORDERED

Dated: March 3, 2009

        _____
        GARLAND E. BURRELL, JR.
        United States District Judge

3

stip.3-2-09          **STIPULATION AND [PROPOSED] ORDER CONTINUING DEADLINE FOR REBUTTAL EXPERT DISCLOSURE**