IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| THE ORCHARD ENTERPRISE, Inc., a Delaware corporation, | ) ) ) | |
| Plaintiff, | ) ) | 2:08-cv-00553 |
| v. | ) ) | ORDER[*] |
| TUFAMERICA, Inc., a New York corporation, | ) ) ) | |
| Defendants. | ) ) | |

Defendant's attorney's motion to withdraw as Defendant's counsel, filed June 26, 2009, is denied since the movant's conclusory statements that "[a] substantial strategic difference of opinion, [and] breakdown of attorney client communication," do not justify granting the motion. Moreover, Defendant would be prejudiced if the motion is granted because a corporation "can only appear in [this] court proceeding only through an attorney at law." In re Highley, 459 F.2d 554, 555 (9th Cir. 1972); see also L.R. 85-183(a) ("A corporation or other entity may appear only by an attorney."); Lindsey v. Admiral

---

[*] This matter was determined to be suitable for decision without oral argument. E.D. Cal. R. 78-230(h).

1

1  Ins. Co., 804 F. Supp. 47, 52 (N.D. Cal. 1992) (noting a corporation
2  "cannot appear pro per."). This prejudice is not discussed in the
3  motion. Further, it has not been shown why counsel should be allowed
4  to withdraw when trial is scheduled to commence on October 27, 2009.

Dated: August 10, 2009

                          _____
                          GARLAND E. BURRELL, JR.
                          United States District Judge